1:03cv000
1:04cv247

FILED
JAN -5 2005

I Dorothy Blunkenship desire to pursue this action against Lefleur transporter Co. I have also taught New Cornsel Dorline Davis well seur as my Counsel in this Case and reject Sam M. Brond Jr. as for This Clay + Louis Watson

JAN 3, 2005

Dorothy Blunkenship

P.O. Box 652
Raleigh MS 39153

RECEIVED
JAN 0 4 2005
Clerk, U.S. District Court
Southern District of Miss.